# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>PEEL TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-01552-GMS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant, Peel Technologies, Inc. ("Peel"), stipulate:

1. All claims by Uniloc against Peel in the above-captioned action are dismissed without prejudice; and

2. All other claims, counterclaims, defenses, and relief requested between Uniloc and Peel in the above-captioned lawsuit are dismissed without prejudice;

3. Each party is to bear its own attorneys' fees, costs, and expenses; and

4. Both parties withdraw and terminate all pending motions and discovery requests submitted in this action.

Date: June 21, 2018

| O'KELLY ERNST & JOYCE, LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Sean T. O'Kelly* <br> Sean T. O'Kelly (No. 4349) <br> Daniel P. Murray (No. 5785) <br> 901 N. Market Street, Suite 1000 <br> Wilmington, DE 19801 <br> Tel: (302) 778-4000 <br> Fax: (302) 295-2873 <br> Email: sokelly@oelegal.com <br> Email: dmurray@oelegal.com <br><br> Of Counsel: <br><br> Paul J. Hayes <br> Massachusetts State Bar No. 227,000 <br> James J. Foster <br> Massachusetts State Bar No. 553,285 <br> Kevin Gannon <br> Massachusetts State Bar No. 640,931 <br> PRINCE LOBEL TYE LLP <br> One International Place, Suite 3700 <br> Boston, MA 02110 <br> Tel: (617) 456-8000 <br> Fax: (617) 456-8100 <br> Email: phayes@princelobel.com <br> Email: jfoster@princelobel.com <br> Email: kgannon@princelobel.com <br><br> Attorneys for Plaintiffs | /s/ *David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br><br> Of Counsel: <br><br> Claude M. Stern <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 555 Twin Dolphin Dr., Floor 5 <br> Redwood City, CA 94065 <br> Tel: (650) 801-5000 <br><br> Joseph M. Paunovich <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 443-3000 <br><br> Attorneys for Defendant |

SO ORDERED, this 25th day of June, 2018

_____
UNITED STATES DISTRICT JUDGE